# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2011

142751 & (36)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellant,

v

RICHARD KENNETH PULLEN,
　　　　Defendant-Appellee.

SC: 142751
COA: 298138
Bay CC: 09-010497-FH

_____/

　　　　On order of the Court, the motion for immediate consideration is GRANTED. We further ORDER that trial court proceedings are stayed pending the completion of this appeal. See MCR 7.302(I). The application for leave to appeal the February 15, 2011 judgment of the Court of Appeals remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2011

Clerk

p0316